RICHARD S. ROBIE, Appellant, v. WHEELER SHIPYARD, INC., Respondent.— Action for damages for rescission by defendant of contract to build and deliver to plaintiff a motor boat and for damages to plaintiff's boat "Helen R." Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

STUART REALTY COMPANY, Appellant, v. MUNICIPAL INVESTORS, INC., Defendant, and THE CITY OF NEW ROCHELLE and JOHN P. NESTLER, as Treasurer of Said City, Respondents.— Order denying motion to treat an answer as a nullity on the ground that the same is sham and frivolous, and to strike out affirmative defenses as insufficient, modified by granting the motion to strike out the first and second affirmative defenses and, as so modified, affirmed without costs. The answer, by its denials, raises an issue as to whether or nor the assessment in question arose out of the same proceeding as that in which the assessment in *Matter of Seidl* v. *Zauner* (247 N. Y. 17) was declared void. We are unable to hold on the face of the pleadings alone that the denial is sham. The denial may be shown to be such upon the trial, or by virtue of a motion invoking the proper rule of Civil Practice. As to the separate defenses, our affirmance of the dismissal of the action for declaratory judgment was limited to a refusal to interfere with the discretion of Special Term in dismissing an action seeking a declaration that an assessment was void which, according to the allegations of the complaint in that action, had already been declared void. The defense would not constitute a bar to the present action to remove a cloud on title, particularly in the light of the fact that it is asserted, although not expressly alleged in the complaint, that the Charter of the City of New Rochelle was amended after the dismissal of the action for declaratory judgment, so as to provide that a transfer of tax lien be presumed to be regular and valid. (*Scott* v. *Onderdonk*, 14 N. Y. 9, 14.) Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

### (May 12, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB EPSTEIN, Appellant, v. MAURICE A. FITZGERALD, Sheriff of the County of Queens as Warden of the County Jail of Queens County, Respondent.— Order modified so as to provide that in the event the trial of the case of People v. Bonasera and others, in which relator is to be a witness, does not proceed by June 30, 1939, the bail of the relator is reduced to $2,500 and as so modified unanimously affirmed. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.